Coe F. Miles, Wong, Cabello, Lutsch, Rutherford, Houston, TX, for David Bonnell and Mark Sterin.

Raymond T. Chen, Scott C. Weidenfeller, Patent & Trademark Office, Alexandria, VA, for David J. Kappos, Director, U.S. Patent and Trademark Office.

## ON MOTION

### ORDER

BMC Software, Inc., the real party in interest, moves to dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

**MYTEE PRODUCTS, INC., Plaintiff–Appellant,**

v.

**HARRIS RESEARCH, INC., Defendant–Cross Appellant,**

and

**Does 1 Through 20, Defendants.**

Nos. 2010–1207, 2010–1226.

United States Court of Appeals, Federal Circuit.

March 18, 2011.

Keely Schneiter, Bearnson & Peck, Logan, UT, for Plaintiff–Appellant.

Anthony J. Dain, Procopio, Cory, Hargreaves, San Diego, CA, for Defendant–Cross Appellant.

Before BRYSON, Circuit Judge.

## ON MOTION

## ORDER

Mytee Products, Inc. moves for reconsideration of the court's order dismissing this case for failure to prosecute. Harris Research, Inc. opposes and in the alternative moves for leave to file a supplemental appendix. Mytee Products replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reconsideration is granted. The court's dismissal order is vacated and the case is reinstated.

(2) The appellant must file the required number of copies of a corrected joint appendix within 10 days of the date of filing of this order That corrected joint appendix must also include the omitted material cited by the appellee in its opposition to the motion for reconsideration. If the corrected joint appendix is not filed within 10 days, the case will be dismissed.

(3) The appellee's motion for leave to file a supplemental appendix is moot.